### A. H. LINDSEY v. THOMAS SANDERLIN.

*Appeal—Assignment of Error.*

The Supreme Court will not consider exceptions where no assignment of error has been properly made below.

CIVIL ACTION, tried before *Boykin, J.*, Spring Term, 1889, of CURRITUCK Superior Court.

*Mr. C. W. Grandy*, for the plaintiff.
*Mr. L. D. Starke*, for the defendant.

SHEPHERD, J.: The argument of the plaintiff's counsel was addressed to the general character of his Honor's charge in reference to negligence. We regret that we are precluded from passing upon that question. There is not only a failure to assign error (see *McKinnon* v. *Morrison* and *Carlton* v. *R. R. Co.*, at this term), but the case expressly states that the instructions given were not excepted to.

The judgment, therefore, must be            Affirmed.